**Motion Granted; Order filed December 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01080-CV

_____

## IN RE CAROLINA I. ZEVALLOS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2002-53178**

---

## AMENDED STAY ORDER

On December 15, 2011, relator, Carolina I. Zavallos, filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this court to order The Honorable Denise Pratt, Judge of the 311th District Court, Harris County, Texas, to set aside portions of her order dated December 1, 2011, entered in trial court cause number 2002-53178, styled *In the Interest of C. M. G., Minor Child*. Relator claims the Order of Enforcement of Possession Order by Contempt and Suspension of Commitment is void.

Relator filed a motion for emergency relief asking this court to suspend the provisions of the Order of Enforcement of Possession Order by Contempt and Suspension of

Commitment that grant real party in interest Angel J. Gomez a period of possession for the Christmas, 2011 holiday.

It appears from the facts stated in the petition that relator's request for relief requires further consideration.

On December 15, 2011, we denied relator's motion for emergency stay of temporary orders and ordered that the contempt order of the court below be stayed with respect to those portions which order criminal contempt punishment and commitment in the Harris County Jail in trial court cause number 2002-53178, styled *In the Interest of C. M. G., Minor Child*. The commitment portion of the trial court's order is stayed until final decision by this court of relator's petition for writ of mandamus, or until further orders of this court.

In addition, the court requested the real party in interest Angel J. Gomez to file a response to relator's petition on or before **January 20, 2012**.

On December 16, 2011, the real party filed a motion to lift the stay for the purpose of seeking a modification of the trial court's contempt order. Accordingly, we grant the motion and issue this **AMENDED ORDER MODIFYING OUR STAY** for the purpose of allowing Judge Pratt to hear real party's motion to modify the contempt order, and to correct any errors in the motion to enforce.

PER CURIAM

2